UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**WELLS FARGO BANK, N.A.**,

    Plaintiff,

v.                                     CASE NO.  3:22-cv-1131-HLA-PDB

**SIMPO SERVICES** and
**ASCENSION HEALTH ALLIANCE,**

    Defendant.
_____/

## O R D E R

    Pursuant to Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. 10), it is

    **ORDERED** that this action is **DISMISSED without prejudice**. The Clerk is directed to close this case.

    **DONE AND ORDERED** at Jacksonville, Florida, this 18th day of January, 2023.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record